≈AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Northern     DISTRICT OF     New York

Michael F. Hannagan

**JUDGMENT IN A CIVIL CASE**

V.

Piedmont Airlines, Inc., et al.

Case Number:     3:07-cv-795 (FJS/DEP)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

x **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's motion for Summary Judgment is Denied and further that
Plaintiff's cross-motion for Summary Judgment reinstating plaintiff's long term disability benefits under the insurance policy is Granted.

All of the above pursuant to a memorandum-decision and order issued by the Honorable Frederick J. Scullin, Jr. on March 31, 2010.

| | |
|---|---|
| March 31, 2010 | Lawrence K. Baerman |
| Date | Clerk |
| | (By) Deputy Clerk |
| | s/Barbara J. Woodford |